UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-62211-DMM

S.E.A.L. AVIATION, LLC,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
CO OF PITTSBURGH, PENNSYLVANIA,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, S.E.A.L. Aviation, LLC, hereby files its Notice of Voluntary Dismissal Without Prejudice of its pending action against Defendant, National Union Fire Insurance Co of Pittsburgh, Pennsylvania.

Dated: November 21, 2023

                              KELLER LANDSBERG PA
                              *Counsel for Plaintiff,*
                              *S.E.A.L. AVIATION, LLC*
                              500 East Broward Boulevard, Suite 1400
                              Fort Lauderdale, Florida 33394
                              Telephone:  (954) 761-3550
                              Email: raymond.robin@kellerlandsberg.com
                              Email: karene.tygenhof@kellerlandsberg.com
                              Email: rita.vanarsdale@kellerlandsberg.com

                              By:  */s/ Raymond L. Robin*
                                  Raymond L. Robin, FBN: 613835
                                  Karene L. Tygenhof, FBN: 817031

CASE NO.: 0:23-cv-62211-DMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **21st day of November, 2023,** I electronically filed the foregoing with the Clerk of the Court by using the Florida Court's E-Filing Portal, which will send a notice of electronic filing to counsel on the Service List.

By: */s/ Raymond L. Robin*

## SERVICE LIST

Samantha S. Rhayem, Esq.
Bradley S. Fischer, Esq.
Lewis Brisbois Bisgaard & Smith LLP
110 S.E. 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 495-2221
Fax: (954) 728-1282
Email: samantha.rhayem@lewisbrisbois.com
Email: bradley.fischer@lewisbrisbois.com
Email: Elsie.StFleur@lewisbrisbois.com
Email: ftlemaildesig@lewisbrisbois.com
*Counsel for Defendant*